**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | WB Maintenance & Design Group Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4 7 - 1 0 8 7 3 7 5 |
| 4. | Debtor's address | **Principal place of business**<br>11-15 31st Drive<br>Number    Street<br><br>Astoria, NY 11106<br>City    State    ZIP Code<br><br>Queens<br>County | **Mailing address, if different from principal place of business**<br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number    Street<br><br>City    State    ZIP Code |
| 5. | Debtor's website (URL) | |

Debtor  **WB Maintenance & Design Group Inc.**                            Case number (if known) _____
       Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   2 3 6 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   These documents do not exists because the Debtor has been dissolved since 2018.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor   **WB Maintenance & Design Group Inc.**           Case number (if known) _____
             Name

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No
    ☐ Yes.  District _____ When ___/___/_____ Case number _____
                                      MM / DD / YYYY
            District _____ When ___/___/_____ Case number _____
                                      MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When ___/___/_____
                                                   MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                 Number    Street
                               _____
                               City                        State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

---

Debtor  **WB Maintenance & Design Group Inc.**    Case number (if known) _____
        Name

### 13. Debtor's estimation of available funds

Check one:
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

### 15. Estimated assets

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/22/2022
            MM / DD / YYYY

X _____     **Wladimir Briceno**
Signature of authorized representative of debtor     Printed name

Title  **President**

Debtor  **WB Maintenance & Design Group Inc.**
Name

Case number (if known) _____

**18. Signature of attorney**    X _Signature_    Date  July 21, 2022
Signature of attorney for debtor                          MM / DD / YYYY

Ralph E. Preite
Printed name
Koutsoudakis & Iakovou Law Group, PLLC
Firm name
40 Wall Street, 49th Floor
Number    Street
New York                              NY        10005
City                                  State     ZIP Code

212-404-8608                          ralph@kilegal.com; kyriaki@kilegal.com
Contact phone                         Email address

NYS 2348373                           NY
Bar number                            State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 11
                                                                Subchapter V
                                                                Case No.:

WB MAINTENANCE & DESIGN
GROUP INC.

                        Debtor.
-----------------------------------------------------------x

## ESTIMATED BALANCE SHEET
### (as of June 31, 2022)

**Assets:**         $00.00

**Liabilities:**    $00.00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 11
                                                                           Subchapter V
                                                                           Case No.:

WB MAINTENANCE & DESIGN
GROUP INC.

                            Debtor.
-----------------------------------------------------------x

## LOCAL RULE 1007-4 AFFIDAVIT

STATE OF NEW YORK    )
                                          ) ss:
COUNTY OF QUEENS   )

      WLADIMIR BRICENO, being duly sworn deposes and states:

      1.  I was the PRESIDENT of WB MAINTENANCE & DESIGN GROUP INC., debtor ("*Debtor*") until it was dissolved in 2018.

      2.  I am informed by counsel that pursuant to New York Business Corporation Law section 1006(a), a dissolved corporation, its directors, officers and shareholders may continue to function for the purpose of winding up the affairs of the corporation in the same manner as if the dissolution had not taken place. Therefore, I continue to act as President of the Debtor corporation.

      3.  I submit this affidavit pursuant to Rule 1007-4 of the local rules of this Court ("*Local Rules*").

      4.  The Debtor intends to file a voluntary Chapter 11 petition with the Clerk of this Court on or about July 21, 2022. There is no other or prior bankruptcy case filed by or against the Debtor. There has not been a committee of unsecured creditors organized prior to the order for relief in the Debtor's Chapter 11 case.

1

5. A copy of the Debtor's board resolution authorizing the Chapter 11 filing is attached to the petition and incorporated by reference herein. Unless otherwise indicated, all financial information contained herein is presented on an estimated and unaudited basis.

### Nature of Debtor's Business

6. The Debtor was a privately held corporation organized under the laws of the State of New York. It was incorporated on June 2, 2014 and formally dissolved on November 2, 2018. The Debtor operated under the name WB MAINTENANCE & DESIGN GROUP INC. The Debtor was a general construction services corporation and operated in the New York Metropolitan area.

7. The Debtor's principal place of business was 11-15 31st Drive, Astoria, New York, 11106.

8. Prior to dissolution, the Debtor was engaged in operating a general construction company.

9. The Debtor currently does not employ individuals. It is a dissolved corporation.

10. The Debtor intends to employ the bankruptcy reorganization process to determine the universe of claims against it and restructure its liabilities.

11. As requested by Local Rule 1007-4(a)(i), the Debtor is a small business debtor within the meaning of Bankruptcy Code §101(51D).

12. As requested by Local Rule 1007-4(a)(ii), the Debtor is not a single asset real estate debtor within the meaning of Bankruptcy Code §101(51B).

13. As requested by Local Rule 1007-4(a)(iii), the Debtor operated a construction company and is filing under Chapter 11 because it believes it can reorganize any debts that may arise in the future for liabilities incurred in the past, if any.

14. As requested by Local Rule 1007(a)(iv), this case was not originally commenced under chapter 7, 12, or 13.

15. As requested by Local Rule 1007(a)(v), no committee was organized prior to the order for relief in this chapter 11 case.

## Assets and Liabilities

16. As requested by Local Rule 1007-4(a)(vi), annexed hereto as **Exhibit 1** is a list containing the names, addresses, amount of claim, and whether the claim is contingent, unliquidated, disputed, or partially secured of the Debtor's twenty (20) largest unsecured creditors excluding insiders. If available, the list also includes the creditor's telephone numbers, e-mail addresses and names of person(s) familiar with the Debtor's account.

17. As requested by Local Rule 1007-4(a)(vii), the Debtor does not have any creditors with secured claims against it.

18. As requested by Local Rule 1007-4(a)(viii), the Debtor has no assets or liabilities, notwithstanding any liabilities alleged in the lawsuit titled <u>Arevalo Fajardo et al v. WB Maintenance & Design Group Inc. et al</u> pending in the United States District Court, Eastern District of New York, bearing case no. 1:21-cv-5263 ("FLSA Case"), which the Debtor disputes.

19. As requested by Local Rule 1007-4(a)(ix), the Debtor does not have any publicly held shares, debentures, or other securities.

20. As requested by Local Rule 1007-4(a)(x), there is no property of the Debtor in the possession or custody of any custodian, public offers, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity.

21. As requested by Local Rule 1007-4(a)(xi), the Debtor is not a tenant under a store lease.

22. As requested by Local Rule 1007-4(a)(xii), the Debtor's books and records are located at 38-23 54th Street, Woodside, New York, 11377.

23. As requested by Local Rule 1007-4(a)(xiii), the Debtor is a named defendant in the FLSA Case.

24. As requested by Local Rule 1007-4(a)(xiv), the Debtor's senior management solely consists of myself, Wladimir Briceno.

25. As requested by Local Rule 1007-4(a)(xv), the Debtor's weekly payroll liability, exclusive of officers, directors, stockholders, partners and members, for the thirty (30) day period following the filing of the Chapter 11 petition is **$0.00.**

26. As requested by Local Rule 1007-4(a)(xvi)(A), no amount is expected to be paid to officers or directors for services for the thirty (30) day period following the filing of the Chapter 11 petition.

27. As requested by Local Rule 1007-4(a)(xvii), the Debtor does not expect to incur expenses, including estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables for the thirty (30) day period following the Chapter 11 filing, nor does it expect to generate gross revenue during the next thirty (30) days.

28. As requested by Local Rule 1007-4(a)(xviii), the Debtor is not covered by any insurance policies of any kind.

29. As requested by Local Rule 1007-4(a)(xix), the Debtor does not have any active bank accounts.

30. This Debtor is one of five New York companies simultaneously filing petitions in this District under Chapter 11.[1] These five entities are related in so far as they have or may have

---

[1] W.B. & Son Construction Corp., WB Maintenance & Design Group Inc., WB Maintenance Inc., WB Maintenance and Repair Corp., and Go-Pro Maintenance Inc., are affiliated entities which are continuations of a single general

4

wage and hour claims asserted against them by individuals who allegedly worked for some of the five entities, and the entities are or were owned by different members of the Briceno family. Two of the five entities were dissolved years ago: W.B. & Son Construction Corp. in 2016, and WB Maintenance & Design Group Inc. in 2018. Debtors plan to move for joint administration of these cases in order to reduce fees and costs by avoiding duplicative filings and relieve the Court of the burden of maintaining numerous dockets with duplicative files.

Sworn to before me this
22 day of July 2022

_____
WLADIMIR BRICENO

_____
Notary Public

[Notary stamp, partially illegible]
Notary Public, State of New York
No. 01H6631...
Qualified in Queens County...
Commission Expires...

---

construction services company. Despite their formal independent legal statuses, their operations are such that seeking joint administration of their Chapter 11 Cases is appropriate pursuant to 11 U.S.C. § 105(a) of the Bankruptcy Code.

5

# EXHIBIT 1

**Debtor's Twenty (20) Largest Unsecured Creditors**

|   | Name & Address | Nature of Claim | Amount |
|---|---|---|---|
| 1 | Byron Geovanny Arevalo Fajardo<br>c/o Levin-Epstein & Assoc. PC<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165<br><br>Byron Geovanny Arevalo Fajardo<br>53 S. Cherry Valley Ave<br>West Hempstead, NY 11552 | Disputed | $203,487.73 |
| 2 | Carlos Martell<br>c/o Levin-Epstein & Assoc. PC<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165<br><br>Carlos Martell<br>2362 32nd Street, Fl 2<br>Astoria, NY 11105 | Disputed | $439,558.71 |
| 3 | Jose Gutierrez<br>c/o Levin-Epstein & Assoc. PC<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165 | Disputed | $49,470.05 |
| 4 | Juan Pereyra<br>c/o Levin-Epstein & Assoc. PC<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165<br><br>Juan Pereyra<br>711 White Plains RD 6B<br>Bronx, NY 10473 | Disputed | $274,917.76 |
| 5 | Iñigo Mendoza Ramirez (a/k/a<br>Eduardo Mendoza Ramirez)<br>c/o Levin-Epstein & Assoc. PC<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165<br><br>Iñigo Mendoza Ramirez<br>2543 35th St Apt 1<br>Astoria, NY 11103 | Disputed | $263,143.90 |

| 6 | Miguel Garrido<br>c/o Levin-Epstein & Assoc. PC<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165<br><br>Miguel Garrido<br>2902 Greenspire Court<br>Toms River, NJ 08755 | Disputed | $32,332.43 |
|---|---|---|---|
| 7 | Reymundo Chavez Hernandez<br>(a/k/a Ramon Chavez Hernandez)<br>c/o Levin-Epstein & Assoc. PC<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165 | Disputed | $209,981.98 |
| 8 | Richard Xavier Hernandez<br>c/o Levin-Epstein & Assoc. PC<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165<br><br>Richard Xavier Hernandez<br>11-33 Welling Court<br>Astoria, NY 11102 | Disputed | $67,184.20 |
| 9 | Sebastian Alfredo Espinosa Vargas<br>(a/k/a Sebby Espinosa Vargas)<br>c/o Levin-Epstein & Assoc. PC<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165<br><br>Sebastian Alfredo Espinosa Vargas<br>18-30 College Point Blvd<br>College Point, NY 11356 | Disputed | $299,903.34 |
| 10 | Jairo Rivas<br>c/o Levin-Epstein & Assoc. PC<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165<br><br>Jairo Rivas<br>1111 30th Drive, Apt 2R<br>Astoria, NY 11102 | Disputed | $338,794.09 |
| 11 | Elias Ordones<br>c/o Levin-Epstein & Assoc. PC<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165<br><br>Elias Ordones<br>37-19 89th Street<br>Jackson Heights, NY 11372 | Disputed | $296,609.24 |

| 12 | George Palta<br>c/o Levin-Epstein & Assoc. PC<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165<br><br>George Palta<br>297 Irving Ave, Apt 3R<br>Brooklyn, NY 11237 | Disputed | $226,260.30 |

# CERTIFICATE OF RESOLUTIONS

I, WLADIMIR BRICENO, the President of WB MAINTENANCE & DESIGN GROUP INC., a dissolved and inactive New York corporation (the "Company"), hereby certify that at a special meeting of the Board of Directors for the Company (the "Board"), duly called and held on July 21, 2022, the following resolutions were adopted in accordance with the requirements of the New York Business Corporation Law and that these resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of subchapter V of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101, *et seq*. (the "Bankruptcy Code").

RESOLVED, that each of the President, Chairman of the Board, the Chief Executive Officer, (each such officer or designee being an "Authorized Person" and all being the "Authorized Persons") are hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions and amendments thereto under Chapter 11, subchapter V of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of New York at such time or in such other jurisdiction as such Authorized Person executing the same shall determine.

RESOLVED, that the law firm of Koutsoudakis and Iakovou Law Group, PLLC is hereby engaged as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, plans, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

RESOLVED, that, any and all past actions heretofore taken by members of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, I have set my hand this 21st day of July 2022.

By: _____/s/ Wladimir Briceno_____
WLADIMIR BRICENO
Title: President